JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY COFFMAN, | ) Case No. CV 14-5857-SP |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| JEFF DEAN, Sheriff, et al., | ) |
| Respondents. | ) |

Pursuant to the Memorandum and Opinion Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 29, 2015

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE